

West Virginia E-Filing Notice

CC-16-2024-F-54

Judge: H. Charles Carl III

**To:**  G. Isaac Sponaugle, III
isaac@sponauglelaw.com

---

# NOTICE OF FILING

---

IN THE CIRCUIT COURT OF HARDY COUNTY, WEST VIRGINIA
State of West Virginia v. John W. Crites Jr.
CC-16-2024-F-54

The following complaintwas FILED on 10/8/2024 2:51:35 PM

Notice Date:    10/8/2024 2:51:35 PM

Kelly Shockey
CLERK OF THE CIRCUIT COURT
Hardy County
204 Washington St RM 237
MOOREFIELD, WV 26836

(304) 530-0230
kelly.shockey@courtswv.gov

FILED: 10/8/2024 2:51 PM
CC-16-2024-F-54
Hardy County Circuit Clerk
Kelly Shockey

October Term of Court, 2024


IN THE CIRCUIT COURT
OF HARDY COUNTY


**STATE OF WEST VIRGINIA**


Against


**JOHN W. CRITES, SR AND JOHN W. CRITES, JR. AND KELLY S. CRITES**


24-F-53

24-F-54

24-F-_____


Indictment:


1) FELONY OBTAINING MONEY OR GOODS BY FALSE PRETENSES

2) CONSPIRACY TO COMMIT OBTAINING MONEY OR GOODS BY FALSE PRETENSES


**A TRUE BILL**


FOREPERSON OF GRAND JURY


Attest:


H. Orrin Staggers III
Assistant Prosecuting Attorney

**STATE OF WEST VIRGINIA,**

**COUNTY OF HARDY, TO-WIT:**

**In the Circuit Court of said County,**

**In the OCTOBER Term 2024.**

The Grand Jurors of the State of West Virginia, in and for the body of the County of

Hardy, and now attending said Court, upon their oaths present:

**COUNT ONE**
**Felony Obtaining Money or Goods by False Pretenses**

That JOHN W. CRITES, SR. AND JOHN W. CRITES, JR. AND KELLY S. CRITES

on or between the 1st day of February, 2024 and the 26th day of February, 2024, in the County of

Hardy and State of West Virginia did unlawfully and feloniously, with intent to defraud, obtain

from Mark Rexroad any money, goods, or other property, valued at $1,000 or more, by means

of any false pretense, token or representation, to wit: twenty-six thousand, one hundred eighty-

two dollars and seventy cents ($26,182.70) worth of timbered logs, in violation of Chapter 61,

Article 3, Section 24(a)(1), of the Code of West Virginia, as amended, against the peace and

dignity of the State.

Page 1 of 2

## COUNT TWO
### Conspiracy to Commit Obtaining Money or Goods by False Pretenses

That JOHN W. CRITES, SR. AND JOHN W. CRITES, JR. AND KELLY S. CRITES on or between the 1st day of February, 2024 and the 26th day of February, 2024 in the County of Hardy and State of West Virginia did unlawfully, feloniously, and intentionally conspire with each other for the purpose of committing the felony offense of Obtaining Money or Goods by False Pretenses, and that an overt act was committed in furtherance of that conspiracy which was subsequent to the agreement and before the conspiracy terminated, to wit: did commit Obtaining Money or Goods by False Pretenses as described in Counts One (1), in violation Chapter 61, Article 10, Section 31 of the Code of West Virginia, as amended, against the peace and dignity of the State.

Found upon the testimony of Capt. J. T. Miller and divers other witnesses duly sworn in open Court to testify to the truth and sent before the Grand Jury this 8th day of October, 2024.

**A TRUE BILL**

ASSISTANT PROSECUTING ATTORNEY
HARDY COUNTY, WEST VIRGINIA

FOREPERSON

FILED 10/8/2024 2:59 PM
CC-16-2024-F-54
Hardy County Circuit Clerk
Kelly Shockey

**SUMMONS**

CIRCUIT COURT OF HARDY COUNTY, WEST VIRGINIA

STATE OF WEST VIRGINIA

Vs

JOHN W. CRITES, JR

CRIMINAL ACTION NO.   24-F-54

TO: JOHN W. CRITES, JR
    471 Point Dr.
    Petersburg, WV

You are hereby summoned to appear before the Judge of our Circuit Court of Hardy County at

the Court House of said County, on the **22nd day of October 2024, at 9:00 a.m.,** to answer a

felony indictment returned against you by the Hardy County, West Virginia Grand Jury.

KELLY J. SHOCKEY, CLERK

By:   *Kelly J. Shockey*



West Virginia E-Filing Notice

CC-16-2024-F-57

Judge: H. Charles Carl III

**To:** G. Isaac Sponaugle, III
isaac@sponauglelaw.com

# NOTICE OF FILING

IN THE CIRCUIT COURT OF HARDY COUNTY, WEST VIRGINIA
State of West Virginia v. John W. Crites Jr.
CC-16-2024-F-57

The following complaintwas FILED on 10/8/2024 3:10:56 PM

Notice Date:     10/8/2024 3:10:56 PM

Kelly Shockey
CLERK OF THE CIRCUIT COURT
Hardy County
204 Washington St RM 237
MOOREFIELD, WV 26836

(304) 530-0230
kelly.shockey@courtswv.gov

FILED | 10/8/2024 3:36 PM
CC-16-2024-F-57
Hardy County Circuit Clerk
Kelly Shockey

October Term of Court, 2024


IN THE CIRCUIT COURT
OF HARDY COUNTY

**STATE OF WEST VIRGINIA**


Against


**JOHN W. CRITES, SR AND JOHN W. CRITES, JR. AND KELLY S. CRITES**


24-F- 56

24-F- 57

24-F- ____


Indictment:


**1)** FELONY OBTAINING MONEY OR GOODS BY FALSE PRETENSES

**2)** CONSPIRACY TO COMMIT OBTAINING MONEY OR GOODS BY FALSE PRETENSES


**A TRUE BILL**


FOREPERSON OF GRAND JURY


Attest:


H. Orrin Staggers III
Assistant Prosecuting Attorney

STATE OF WEST VIRGINIA,

COUNTY OF HARDY, TO-WIT:

### In the Circuit Court of said County,

### In the OCTOBER Term 2024.

The Grand Jurors of the State of West Virginia, in and for the body of the County of Hardy, and now attending said Court, upon their oaths present:

### COUNT ONE
### Felony Obtaining Money or Goods by False Pretenses

That JOHN W. CRITES, SR. AND JOHN W. CRITES, JR. AND KELLY S. CRITES on or between the 1st day of February, 2024 and the 26th day of February, 2024, in the County of Hardy and State of West Virginia did unlawfully and feloniously, with intent to defraud, obtain from Victoria Dyer any money, goods, or other property, valued at $1,000 or more, by means of any false pretense, token or representation, to wit: ten thousand, eight hundred fifty-eight dollars and eighty-nine cents ($10,858.89) worth of timbered logs, in violation of Chapter 61, Article 3, Section 24(a)(1), of the Code of West Virginia, as amended, against the peace and dignity of the State.

Page 1 of 2

**COUNT TWO**
**Conspiracy to Commit Obtaining Money or Goods by False Pretenses**

That JOHN W. CRITES, SR. AND JOHN W. CRITES, JR. AND KELLY S. CRITES

on or between the 1st day of February, 2024 and the 26th day of February, 2024 in the County of

Hardy and State of West Virginia did unlawfully, feloniously, and intentionally conspire with

each other for the purpose of committing the felony offense of Obtaining Money or Goods by

False Pretenses, and that an overt act was committed in furtherance of that conspiracy which

was subsequent to the agreement and before the conspiracy terminated, to wit: did commit

Obtaining Money or Goods by False Pretenses as described in Counts One (1), in violation

Chapter 61, Article 10, Section 31 of the Code of West Virginia, as amended, against the peace

and dignity of the State.


Found upon the testimony of Capt. J. T. Miller and divers other witnesses duly sworn in

open Court to testify to the truth and sent before the Grand Jury this 8th day of October, 2024.

**A TRUE BILL**

ASSISTANT PROSECUTING ATTORNEY        FOREPERSON
HARDY COUNTY, WEST VIRGINIA

Page 2 of 2

FILED 10/8/2024 3:10 PM
CC-16-2024-F-57
Hardy County Circuit Clerk
Kelly Shockey

## SUMMONS

CIRCUIT COURT OF HARDY COUNTY, WEST VIRGINIA

STATE OF WEST VIRGINIA

Vs

JOHN W. CRITES, JR

CRIMINAL ACTION NO.  24-F-57

TO: JOHN W. CRITES, JR
    471 Point Dr.
    Petersburg, WV

You are hereby summoned to appear before the Judge of our Circuit Court of Hardy County at

the Court House of said County, on the **22nd day of October 2024, at 9:00 a.m.,** to answer a

felony indictment returned against you by the Hardy County, West Virginia Grand Jury.


KELLY J. SHOCKEY, CLERK

By: _Kelly J. Shockey_

 West Virginia E-Filing Notice

CC-16-2024-F-60

Judge: H. Charles Carl III

**To:**  G. Isaac Sponaugle, III
isaac@sponauglelaw.com

---

# NOTICE OF FILING

---

IN THE CIRCUIT COURT OF HARDY COUNTY, WEST VIRGINIA
State of West Virginia v. John W. Crites Jr.
CC-16-2024-F-60

The following complaintwas FILED on 10/8/2024 3:26:25 PM

Notice Date:     10/8/2024 3:26:25 PM

Kelly Shockey
CLERK OF THE CIRCUIT COURT
Hardy County
204 Washington St RM 237
MOOREFIELD, WV 26836

(304) 530-0230
kelly.shockey@courtswv.gov

FILED 10/8/2024 3:26 PM
CC-16-2024-F-60
Hardy County Circuit Clerk
Kelly Shockey

October Term of Court, 2024

IN THE CIRCUIT COURT
OF HARDY COUNTY

**STATE OF WEST VIRGINIA**

Against

**JOHN W. CRITES, SR AND JOHN W. CRITES, JR. AND KELLY S. CRITES**

24-F- 59
24-F- 60
24-F- ____

Indictment:

**1)** FELONY OBTAINING MONEY OR GOODS BY FALSE PRETENSES

**2)** CONSPIRACY TO COMMIT OBTAINING MONEY OR GOODS BY FALSE PRETENSES

**A TRUE BILL**

FOREPERSON OF GRAND JURY

Attest:

H. Orrin Staggers III
Assistant Prosecuting Attorney

STATE OF WEST VIRGINIA,

COUNTY OF HARDY, TO-WIT:

**In the Circuit Court of said County,**

**In the OCTOBER Term 2024.**

The Grand Jurors of the State of West Virginia, in and for the body of the County of

Hardy, and now attending said Court, upon their oaths present:

**COUNT ONE**
**Felony Obtaining Money or Goods by False Pretenses**

That JOHN W. CRITES, SR. AND JOHN W. CRITES, JR. AND KELLY S. CRITES

on or between the 1st day of February, 2024 and the 13th day of May, 2024, in the County of

Hardy and State of West Virginia did unlawfully and feloniously, with intent to defraud, obtain

from Russell Lowry any money, goods, or other property, valued at $1,000 or more, by means

of any false pretense, token or representation, to wit: five thousand, seven hundred sixty-eight

dollars and seventy-eight cents ($5,768.78) worth of timbered logs, in violation of Chapter 61,

Article 3, Section 24(a)(1), of the Code of West Virginia, as amended, against the peace and

dignity of the State.

Page 1 of 2

## COUNT TWO
### Conspiracy to Commit Obtaining Money or Goods by False Pretenses

That JOHN W. CRITES, SR. AND JOHN W. CRITES, JR. AND KELLY S. CRITES

on or between the 1st day of February, 2024 and the 13th day of May, 2024 in the County of

Hardy and State of West Virginia did unlawfully, feloniously, and intentionally conspire with

each other for the purpose of committing the felony offense of Obtaining Money or Goods by

False Pretenses, and that an overt act was committed in furtherance of that conspiracy which

was subsequent to the agreement and before the conspiracy terminated, to wit: did commit

Obtaining Money or Goods by False Pretenses as described in Counts One (1), in violation

Chapter 61, Article 10, Section 31 of the Code of West Virginia, as amended, against the peace

and dignity of the State.


Found upon the testimony of Capt. J. T. Miller and divers other witnesses duly sworn in

open Court to testify to the truth and sent before the Grand Jury this 8th day of October, 2024.

### A TRUE BILL

ASSISTANT PROSECUTING ATTORNEY          FOREPERSON
HARDY COUNTY, WEST VIRGINIA

Page 2 of 2

FILED 10/8/2024 3:26 PM
CC-16-2024-F-60
Hardy County Circuit Clerk
Kelly Shockey

## SUMMONS

CIRCUIT COURT OF HARDY COUNTY, WEST VIRGINIA

STATE OF WEST VIRGINIA

Vs

JOHN W. CRITES, JR

CRIMINAL ACTION NO.   24-F-60

TO: JOHN W. CRITES, JR
471 Point Dr.
Petersburg, WV

You are hereby summoned to appear before the Judge of our Circuit Court of Hardy County at

the Court House of said County, on the **22nd day of October 2024, at 9:00 a.m.,** to answer a

felony indictment returned against you by the Hardy County, West Virginia Grand Jury.


KELLY J. SHOCKEY, CLERK

By:   _Kelly J. Shockey_



West Virginia E-Filing Notice

CC-16-2024-F-63

Judge: H. Charles Carl III

**To:**  G. Isaac Sponaugle, III
isaac@sponauglelaw.com

# NOTICE OF FILING

IN THE CIRCUIT COURT OF HARDY COUNTY, WEST VIRGINIA
State of West Virginia v. John W. Crites Jr.
CC-16-2024-F-63

The following complaintwas FILED on 10/8/2024 3:42:51 PM

Notice Date:      10/8/2024 3:42:51 PM

Kelly Shockey
CLERK OF THE CIRCUIT COURT
Hardy County
204 Washington St RM 237
MOOREFIELD, WV 26836

(304) 530-0230
kelly.shockey@courtswv.gov

FILED | 10/8/2024 3:42 PM
CC-16-2024-F-63
Hardy County Circuit Clerk
Kelly Shockey

October Term of Court, 2024


IN THE CIRCUIT COURT
OF HARDY COUNTY


**STATE OF WEST VIRGINIA**


Against


**JOHN W. CRITES, SR AND JOHN W. CRITES, JR. AND KELLY S. CRITES**


24-F- 62
24-F- 63
24-F- _____


Indictment:


**1)** FELONY OBTAINING MONEY OR GOODS BY FALSE PRETENSES

**2)** CONSPIRACY TO COMMIT OBTAINING MONEY OR GOODS BY FALSE PRETENSES


**A TRUE BILL**

_____
FOREPERSON OF GRAND JURY


Attest:

_____
H. Orrin Staggers III
Assistant Prosecuting Attorney

**STATE OF WEST VIRGINIA,**

**COUNTY OF HARDY, TO-WIT:**

### In the Circuit Court of said County,

### In the OCTOBER Term 2024.

The Grand Jurors of the State of West Virginia, in and for the body of the County of Hardy, and now attending said Court, upon their oaths present:

<u>COUNT ONE</u>
**Felony Obtaining Money or Goods by False Pretenses**

That JOHN W. CRITES, SR. AND JOHN W. CRITES, JR. AND KELLY S. CRITES on or between the 1st day of February, 2024 and the 8th day of April, 2024, in the County of Hardy and State of West Virginia did unlawfully and feloniously, with intent to defraud, obtain from John Davidson any money, goods, or other property, valued at $1,000 or more, by means of any false pretense, token or representation, to wit: twenty thousand, two hundred eighteen dollars and eighteen cents ($20,218.18) worth of timbered logs, in violation of Chapter 61, Article 3, Section 24(a)(1), of the Code of West Virginia, as amended, against the peace and dignity of the State.

## COUNT TWO
**Conspiracy to Commit Obtaining Money or Goods by False Pretenses**

That JOHN W. CRITES, SR. AND JOHN W. CRITES, JR. AND KELLY S. CRITES

on or between the 1st day of February, 2024 and the 8th day of April, 2024 in the County of

Hardy and State of West Virginia did unlawfully, feloniously, and intentionally conspire with

each other for the purpose of committing the felony offense of Obtaining Money or Goods by

False Pretenses, and that an overt act was committed in furtherance of that conspiracy which

was subsequent to the agreement and before the conspiracy terminated, to wit: did commit

Obtaining Money or Goods by False Pretenses as described in Counts One (1), in violation

Chapter 61, Article 10, Section 31 of the Code of West Virginia, as amended, against the peace

and dignity of the State.


Found upon the testimony of Capt. J. T. Miller and divers other witnesses duly sworn in

open Court to testify to the truth and sent before the Grand Jury this 8th day of October, 2024.

**A TRUE BILL**

ASSISTANT PROSECUTING ATTORNEY          FOREPERSON
HARDY COUNTY, WEST VIRGINIA

Page 2 of 2

FILED 10/8/2024 3:42 PM
CC-16-2024-F-63
Hardy County Circuit Clerk
Kelly Shockey

## SUMMONS

CIRCUIT COURT OF HARDY COUNTY, WEST VIRGINIA

STATE OF WEST VIRGINIA

Vs

JOHN W. CRITES, JR

CRIMINAL ACTION NO.   24-F-63

TO: JOHN W. CRITES, JR

You are hereby summoned to appear before the Judge of our Circuit Court of Hardy County at the Court House of said County, on the **22nd day of October 2024, at 9:00 a.m.,** to answer a felony indictment returned against you by the Hardy County, West Virginia Grand Jury.

KELLY J. SHOCKEY, CLERK

By:   *Kelly J. Shockey*

 West Virginia E-Filing Notice

CC-16-2024-F-66

Judge: H. Charles Carl III

**To:**  G. Isaac Sponaugle, III
isaac@sponauglelaw.com

---

# NOTICE OF FILING

---

IN THE CIRCUIT COURT OF HARDY COUNTY, WEST VIRGINIA
State of West Virginia v. John W. Crites Jr.
CC-16-2024-F-66

The following complaintwas FILED on 10/8/2024 3:55:51 PM

Notice Date:      10/8/2024 3:55:51 PM

Kelly Shockey
CLERK OF THE CIRCUIT COURT
Hardy County
204 Washington St RM 237
MOOREFIELD, WV 26836

(304) 530-0230
kelly.shockey@courtswv.gov

FILED 10/8/2024 3:55 PM
CC-16-2024-F-66
Hardy County Circuit Clerk
Kelly Shockey

October Term of Court, 2024

### IN THE CIRCUIT COURT
### OF HARDY COUNTY

**STATE OF WEST VIRGINIA**

Against

**JOHN W. CRITES, SR AND JOHN W. CRITES, JR. AND KELLY S.
CRITES**

24-F- 65
24-F- 66
24-F- _____

Indictment:

**1)** FELONY OBTAINING MONEY OR GOODS BY FALSE PRETENSES

**2)** CONSPIRACY TO COMMIT OBTAINING MONEY OR GOODS BY
FALSE PRETENSES

**A TRUE BILL**

_____
FOREPERSON OF GRAND JURY

Attest:

_____
H. Orrin Staggers III
Assistant Prosecuting Attorney

STATE OF WEST VIRGINIA,

COUNTY OF HARDY, TO-WIT:

**In the Circuit Court of said County,**

**In the OCTOBER Term 2024.**

The Grand Jurors of the State of West Virginia, in and for the body of the County of Hardy, and now attending said Court, upon their oaths present:

**COUNT ONE**
**Felony Obtaining Money or Goods by False Pretenses**

That JOHN W. CRITES, SR. AND JOHN W. CRITES, JR. AND KELLY S. CRITES on or between the 1st day of February, 2024 and the 30th day of April, 2024, in the County of Hardy and State of West Virginia did unlawfully and feloniously, with intent to defraud, obtain from James Kuhn any money, goods, or other property, valued at $1,000 or more, by means of any false pretense, token or representation, to wit: seven thousand, two hundred seventy-one dollars and thirty-four cents ($7,271.34) worth of timbered logs, in violation of Chapter 61, Article 3, Section 24(a)(1), of the Code of West Virginia, as amended, against the peace and dignity of the State.

Page 1 of 2

## COUNT TWO
### Conspiracy to Commit Obtaining Money or Goods by False Pretenses

That JOHN W. CRITES, SR. AND JOHN W. CRITES, JR. AND KELLY S. CRITES

on or between the 1st day of February, 2024 and the 30th day of April, 2024 in the County of

Hardy and State of West Virginia did unlawfully, feloniously, and intentionally conspire with

each other for the purpose of committing the felony offense of Obtaining Money or Goods by

False Pretenses, and that an overt act was committed in furtherance of that conspiracy which

was subsequent to the agreement and before the conspiracy terminated, to wit: did commit

Obtaining Money or Goods by False Pretenses as described in Counts One (1), in violation

Chapter 61, Article 10, Section 31 of the Code of West Virginia, as amended, against the peace

and dignity of the State.


Found upon the testimony of Capt. J. T. Miller and divers other witnesses duly sworn in

open Court to testify to the truth and sent before the Grand Jury this 8th day of October, 2024.

### A TRUE BILL

ASSISTANT PROSECUTING ATTORNEY          FOREPERSON
HARDY COUNTY, WEST VIRGINIA

Page 2 of 2

FILED 10/8/2024 3:55 PM
CC-16-2024-F-66
Hardy County Circuit Clerk
Kelly Shockey

**SUMMONS**

CIRCUIT COURT OF HARDY COUNTY, WEST VIRGINIA

STATE OF WEST VIRGINIA

Vs

JOHN W. CRITES, JR

CRIMINAL ACTION NO.  24-F-ᴸᴾ

TO: JOHN W. CRITES, JR

You are hereby summoned to appear before the Judge of our Circuit Court of Hardy County at the Court House of said County, on the **22ⁿᵈ day of October 2024, at 9:00 a.m.,** to answer a felony indictment returned against you by the Hardy County, West Virginia Grand Jury.


KELLY J. SHOCKEY, CLERK

By:  *Kelly J. Shockey*



West Virginia E-Filing Notice

CC-16-2024-F-69

Judge: H. Charles Carl III

**To:**   G. Isaac Sponaugle, III
isaac@sponauglelaw.com

---

# **NOTICE OF FILING**

---

IN THE CIRCUIT COURT OF HARDY COUNTY, WEST VIRGINIA
State of West Virginia v. John W. Crites Jr.
CC-16-2024-F-69

The following complaintwas FILED on 10/9/2024 8:35:09 AM

Notice Date:      10/9/2024 8:35:09 AM

Kelly Shockey
CLERK OF THE CIRCUIT COURT
Hardy County
204 Washington St RM 237
MOOREFIELD, WV 26836

(304) 530-0230
kelly.shockey@courtswv.gov

FILED | 10/9/2024 8:35 AM
CC-16-2024-F-69
Hardy County Circuit Clerk
Kelly Shockey

October Term of Court, 2024

IN THE CIRCUIT COURT
OF HARDY COUNTY

**STATE OF WEST VIRGINIA**

Against

**JOHN W. CRITES, SR AND JOHN W. CRITES, JR. AND KELLY S.
CRITES**

24-F- _68_
24-F- _____
24-F- _____

Indictment:

**1)** FELONY OBTAINING MONEY OR GOODS BY FALSE PRETENSES

**2)** CONSPIRACY TO COMMIT OBTAINING MONEY OR GOODS BY

FALSE PRETENSES

**A TRUE BILL**

FOREPERSON OF GRAND JURY

Attest:

H. Orrin Staggers III
Assistant Prosecuting Attorney

STATE OF WEST VIRGINIA,

COUNTY OF HARDY, TO-WIT:

**In the Circuit Court of said County,**

**In the OCTOBER Term 2024.**

The Grand Jurors of the State of West Virginia, in and for the body of the County of Hardy, and now attending said Court, upon their oaths present:

**<u>COUNT ONE</u>**
**Felony Obtaining Money or Goods by False Pretenses**

That JOHN W. CRITES, SR. AND JOHN W. CRITES, JR. AND KELLY S. CRITES on or between the 1st day of February, 2024 and the 30th day of April, 2024, in the County of Hardy and State of West Virginia did unlawfully and feloniously, with intent to defraud, obtain from Billy Hart any money, goods, or other property, valued at $1,000 or more, by means of any false pretense, token or representation, to wit: four thousand, two hundred forty-seven dollars and fifty cents ($4,247.50) worth of timbered logs, in violation of Chapter 61, Article 3, Section 24(a)(1), of the Code of West Virginia, as amended, against the peace and dignity of the State.

Page 1 of 2

**COUNT TWO**
**Conspiracy to Commit Obtaining Money or Goods by False Pretenses**

That JOHN W. CRITES, SR. AND JOHN W. CRITES, JR. AND KELLY S. CRITES

on or between the 1st day of February, 2024 and the 30th day of April, 2024 in the County of

Hardy and State of West Virginia did unlawfully, feloniously, and intentionally conspire with

each other for the purpose of committing the felony offense of Obtaining Money or Goods by

False Pretenses, and that an overt act was committed in furtherance of that conspiracy which

was subsequent to the agreement and before the conspiracy terminated, to wit: did commit

Obtaining Money or Goods by False Pretenses as described in Counts One (1), in violation

Chapter 61, Article 10, Section 31 of the Code of West Virginia, as amended, against the peace

and dignity of the State.

Found upon the testimony of Capt. J. T. Miller and divers other witnesses duly sworn in

open Court to testify to the truth and sent before the Grand Jury this 8th day of October, 2024.

**A TRUE BILL**

ASSISTANT PROSECUTING ATTORNEY          FOREPERSON
HARDY COUNTY, WEST VIRGINIA

Page 2 of 2

FILED 10/9/2024 8:35 AM
CC-16-2024-F-69
Hardy County Circuit Clerk
Kelly Shockey

## SUMMONS

CIRCUIT COURT OF HARDY COUNTY, WEST VIRGINIA

STATE OF WEST VIRGINIA

Vs

JOHN W. CRITES, JR

CRIMINAL ACTION NO. 24-F-69

TO: JOHN W. CRITES, JR

You are hereby summoned to appear before the Judge of our Circuit Court of Hardy County at the Court House of said County, on the **22ⁿᵈ day of October 2024, at 9:00 a.m.,** to answer a felony indictment returned against you by the Hardy County, West Virginia Grand Jury.

KELLY J. SHOCKEY, CLERK

By: _Kelly J. Shockey_



West Virginia E-Filing Notice

CC-16-2024-F-54

Judge: H. Charles Carl III

**To:** G. Isaac Sponaugle, III
isaac@sponauglelaw.com

---

# NOTICE OF FILING

---

IN THE CIRCUIT COURT OF HARDY COUNTY, WEST VIRGINIA
State of West Virginia v. John W. Crites Jr.
CC-16-2024-F-54

The following order - case was FILED on 10/8/2024 2:58:24 PM

Notice Date:    10/8/2024 2:58:24 PM

Kelly Shockey
CLERK OF THE CIRCUIT COURT
Hardy County
204 Washington St RM 237
MOOREFIELD, WV 26836

(304) 530-0230
kelly.shockey@courtswv.gov

Ref. Code: 24N3WDA9X

IN THE CIRCUIT COURT OF HARDY COUNTY, WEST VIRGINIA:

STATE OF WEST VIRGINIA,
      PLAINTIFF,

VS.
                                    CASE NO. 24-F-53
                                    CASE NO. 24-F-54
                                    CASE NO. 24-F-55

JOHN W. CRITES, SR.
350 S COLLIER BLVD. 905
MARCO ISLAND, FL 34145

JOHN W. CRITES, JR.
471 POINT DR
PETERSBURG WV 26847

KELLY S. CRITES
79 HOUSTON DR
PETERSBURG WV 26847

DEFENDANTS.

<u>ORDER</u>

On this 8th day of October, 2024, came the State of West Virginia by the Hardy County Assistant Prosecuting Attorney, H. Orrin Staggers III, who announced unto the Court that the October, 2024, term of the Hardy County Grand Jury had returned an indictment against the Defendants charging him/her with felony offense(s).

Upon consideration of the same, the Court finds that the presence of the Defendants is required before the Court. Wherefore, it is hereby ADJUDGED and ORDERED that a summons be issued for the appearance of the Defendants and that an attested copy of this Order be forthwith served upon the Defendants as notice of the Court's Order directing the Defendants to appear in person before the Court on October 22, 2024, at 9:00 a.m. for the purpose of arraignment, setting of bond and to consider other matters.

Nothing further appearing to be done, this matter is continued to October 22, 2024 at the hour of 9:00 a.m.

ENTERED this 8th day of October, 2024.

_____ JUDGE



West Virginia E-Filing Notice

CC-16-2024-F-57

Judge: H. Charles Carl III

**To:** G. Isaac Sponaugle, III
isaac@sponauglelaw.com

---

# NOTICE OF FILING

---

IN THE CIRCUIT COURT OF HARDY COUNTY, WEST VIRGINIA
State of West Virginia v. John W. Crites Jr.
CC-16-2024-F-57

The following order - case was FILED on 10/8/2024 3:16:07 PM

Notice Date:     10/8/2024 3:16:07 PM

Kelly Shockey
CLERK OF THE CIRCUIT COURT
Hardy County
204 Washington St RM 237
MOOREFIELD, WV 26836

(304) 530-0230
kelly.shockey@courtswv.gov

Ref. Code: 24MH8U5NX

FILED 10/8/2024 3:16 PM
CC-16-2024-F-57
Hardy County Circuit Clerk
Kelly Shockey

IN THE CIRCUIT COURT OF HARDY COUNTY, WEST VIRGINIA:

STATE OF WEST VIRGINIA,
        PLAINTIFF,

VS.
                                   CASE NO. 24-F-56
                                   CASE NO. 24-F-57
                                   CASE NO. 24-F-58

JOHN W. CRITES, SR.
350 S COLLIER BLVD. 905
MARCO ISLAND, FL 34145

JOHN W. CRITES, JR.
471 POINT DR
PETERSBURG WV 26847

KELLY S. CRITES
79 HOUSTON DR
PETERSBURG WV 26847

DEFENDANTS.

<u>ORDER</u>

On this 8th day of October, 2024, came the State of West Virginia by the Hardy County Assistant Prosecuting Attorney, H. Orrin Staggers III, who announced unto the Court that the October, 2024, term of the Hardy County Grand Jury had returned an indictment against the Defendants charging him/her with felony offense(s).

Upon consideration of the same, the Court finds that the presence of the Defendants is required before the Court. Wherefore, it is hereby ADJUDGED and ORDERED that a summons be issued for the appearance of the Defendants and that an attested copy of this Order be forthwith served upon the Defendants as notice of the Court's Order directing the Defendants to appear in person before the Court on October 22, 2024, at 9:00 a.m. for the purpose of arraignment, setting of bond and to consider other matters.

Nothing further appearing to be done, this matter is continued to October 22, 2024 at the hour of 9:00 a.m.

ENTERED this 8th day of October, 2024.

                                                 _____
                                                 JUDGE



West Virginia E-Filing Notice

CC-16-2024-F-60

Judge: H. Charles Carl III

**To:**  G. Isaac Sponaugle, III
isaac@sponauglelaw.com

---

# **NOTICE OF FILING**

---

IN THE CIRCUIT COURT OF HARDY COUNTY, WEST VIRGINIA
State of West Virginia v. John W. Crites Jr.
CC-16-2024-F-60

The following order - case was FILED on 10/8/2024 3:31:37 PM

Notice Date:      10/8/2024 3:31:37 PM

Kelly Shockey
CLERK OF THE CIRCUIT COURT
Hardy County
204 Washington St RM 237
MOOREFIELD, WV 26836

(304) 530-0230
kelly.shockey@courtswv.gov

FILED 10/8/2024 3:31 PM
CC-16-2024-F-60
Hardy County Circuit Clerk
Kelly Shockey

IN THE CIRCUIT COURT OF HARDY COUNTY, WEST VIRGINIA:

STATE OF WEST VIRGINIA,
           PLAINTIFF,

VS.                                                    CASE NO. 24-F-59
                                                       CASE NO. 24-F-60
                                                       CASE NO. 24-F-61

JOHN W. CRITES, SR.
350 S COLLIER BLVD. 905
MARCO ISLAND, FL 34145

JOHN W. CRITES, JR.
471 POINT DR
PETERSBURG WV 26847

KELLY S. CRITES
79 HOUSTON DR
PETERSBURG WV 26847

DEFENDANTS.

<u>ORDER</u>

On this 8th day of October, 2024, came the State of West Virginia by the Hardy County Assistant Prosecuting Attorney, H. Orrin Staggers III, who announced unto the Court that the October, 2024, term of the Hardy County Grand Jury had returned an indictment against the Defendants charging him/her with felony offense(s).

Upon consideration of the same, the Court finds that the presence of the Defendants is required before the Court. Wherefore, it is hereby ADJUDGED and ORDERED that a summons be issued for the appearance of the Defendants and that an attested copy of this Order be forthwith served upon the Defendants as notice of the Court's Order directing the Defendants to appear in person before the Court on October 22, 2024, at 9:00 a.m. for the purpose of arraignment, setting of bond and to consider other matters.

Nothing further appearing to be done, this matter is continued to October 22, 2024 at the hour of 9:00 a.m.

ENTERED this 8th day of October, 2024.

_____ JUDGE

 West Virginia E-Filing Notice

CC-16-2024-F-63

Judge: H. Charles Carl III

**To:** G. Isaac Sponaugle, III
isaac@sponauglelaw.com

---

# NOTICE OF FILING

---

IN THE CIRCUIT COURT OF HARDY COUNTY, WEST VIRGINIA
State of West Virginia v. John W. Crites Jr.
CC-16-2024-F-63

The following order - case was FILED on 10/8/2024 3:47:14 PM

Notice Date:      10/8/2024 3:47:14 PM

Kelly Shockey
CLERK OF THE CIRCUIT COURT
Hardy County
204 Washington St RM 237
MOOREFIELD, WV 26836

(304) 530-0230
kelly.shockey@courtswv.gov

Ref. Code: 24EB9NK6X

FILED 10/8/2024 3:41 PM
CC-16-2024-F-63
Hardy County Circuit Clerk
Kelly Shockey

## IN THE CIRCUIT COURT OF HARDY COUNTY, WEST VIRGINIA:

STATE OF WEST VIRGINIA,
            PLAINTIFF,

VS.                                                CASE NO. 24-F-62
                                                   CASE NO. 24-F-63
                                                   CASE NO. 24-F-64
JOHN W. CRITES, SR.
350 S COLLIER BLVD. 905
MARCO ISLAND, FL 34145

JOHN W. CRITES, JR.
471 POINT DR
PETERSBURG WV 26847

KELLY S. CRITES
79 HOUSTON DR
PETERSBURG WV 26847

DEFENDANTS.

<u>ORDER</u>

On this 8th day of October, 2024, came the State of West Virginia by the Hardy County Assistant Prosecuting Attorney, H. Orrin Staggers III, who announced unto the Court that the October, 2024, term of the Hardy County Grand Jury had returned an indictment against the Defendants charging him/her with felony offense(s).

Upon consideration of the same, the Court finds that the presence of the Defendants is required before the Court. Wherefore, it is hereby ADJUDGED and ORDERED that a summons be issued for the appearance of the Defendants and that an attested copy of this Order be forthwith served upon the Defendants as notice of the Court's Order directing the Defendants to appear in person before the Court on October 22, 2024, at 9:00 a.m. for the purpose of arraignment, setting of bond and to consider other matters.

Nothing further appearing to be done, this matter is continued to October 22, 2024 at the hour of 9:00 a.m.

ENTERED this 8th day of October, 2024.

_____
                                                   JUDGE



West Virginia E-Filing Notice

CC-16-2024-F-66

Judge: H. Charles Carl III

**To:**  G. Isaac Sponaugle, III
isaac@sponauglelaw.com

# NOTICE OF FILING

IN THE CIRCUIT COURT OF HARDY COUNTY, WEST VIRGINIA
State of West Virginia v. John W. Crites Jr.
CC-16-2024-F-66

The following order - case was FILED on 10/8/2024 3:59:57 PM

Notice Date:      10/8/2024 3:59:57 PM

Kelly Shockey
CLERK OF THE CIRCUIT COURT
Hardy County
204 Washington St RM 237
MOOREFIELD, WV 26836

(304) 530-0230
kelly.shockey@courtswv.gov

Ref. Code: 24Y8SOAQX

FILED 10/8/2024 3:55 PM
CC-16-2024-F-66
Hardy County Circuit Clerk
Kelly Shockey

IN THE CIRCUIT COURT OF HARDY COUNTY, WEST VIRGINIA:

STATE OF WEST VIRGINIA,
        PLAINTIFF,

VS.
                                    CASE NO. 24-F-65
                                    CASE NO. 24-F-66
                                    CASE NO. 24-F-67

JOHN W. CRITES, SR.
350 S COLLIER BLVD. 905
MARCO ISLAND, FL 34145

JOHN W. CRITES, JR.
471 POINT DR
PETERSBURG WV 26847

KELLY S. CRITES
79 HOUSTON DR
PETERSBURG WV 26847

DEFENDANTS.

ORDER

On this 8th day of October, 2024, came the State of West Virginia by the Hardy County Assistant Prosecuting Attorney, H. Orrin Staggers III, who announced unto the Court that the October, 2024, term of the Hardy County Grand Jury had returned an indictment against the Defendants charging him/her with felony offense(s).

Upon consideration of the same, the Court finds that the presence of the Defendants is required before the Court. Wherefore, it is hereby ADJUDGED and ORDERED that a summons be issued for the appearance of the Defendants and that an attested copy of this Order be forthwith served upon the Defendants as notice of the Court's Order directing the Defendants to appear in person before the Court on October 22, 2024, at 9:00 a.m. for the purpose of arraignment, setting of bond and to consider other matters.

Nothing further appearing to be done, this matter is continued to October 22, 2024 at the hour of 9:00 a.m.

ENTERED this 8th day of October, 2024.

                                                      JUDGE



West Virginia E-Filing Notice

CC-16-2024-F-69

Judge: H. Charles Carl III

**To:**  G. Isaac Sponaugle, III
isaac@sponauglelaw.com

# **NOTICE OF FILING**

IN THE CIRCUIT COURT OF HARDY COUNTY, WEST VIRGINIA
State of West Virginia v. John W. Crites Jr.
CC-16-2024-F-69

The following order - case was FILED on 10/9/2024 8:39:50 AM

Notice Date:      10/9/2024 8:39:50 AM

Kelly Shockey
CLERK OF THE CIRCUIT COURT
Hardy County
204 Washington St RM 237
MOOREFIELD, WV 26836

(304) 530-0230
kelly.shockey@courtswv.gov

IN THE CIRCUIT COURT OF HARDY COUNTY, WEST VIRGINIA:

STATE OF WEST VIRGINIA,
          PLAINTIFF,

VS.
                                          CASE NO. 24-F- 68
                                          CASE NO. 24-F-69
                                          CASE NO. 24-F-70

JOHN W. CRITES, SR.
350 S COLLIER BLVD. 905
MARCO ISLAND, FL 34145

JOHN W. CRITES, JR.
471 POINT DR
PETERSBURG WV 26847

KELLY S. CRITES
79 HOUSTON DR.
PETERSBURG WV 26847

DEFENDANTS.

<u>ORDER</u>

      On this 8th day of October, 2024, came the State of West Virginia by the Hardy County Assistant Prosecuting Attorney, H. Orrin Staggers III, who announced unto the Court that the October, 2024, term of the Hardy County Grand Jury had returned an indictment against the Defendants charging him/her with felony offense(s).

      Upon consideration of the same, the Court finds that the presence of the Defendants is required before the Court. Wherefore, it is hereby ADJUDGED and ORDERED that a summons be issued for the appearance of the Defendants and that an attested copy of this Order be forthwith served upon the Defendants as notice of the Court's Order directing the Defendants to appear in person before the Court on October 22, 2024, at 9:00 a.m. for the purpose of arraignment, setting of bond and to consider other matters.

      Nothing further appearing to be done, this matter is continued to October 22, 2024 at the hour of 9:00 a.m.

      ENTERED this 8th day of October, 2024.

                                                          JUDGE